Kelly H. Dove, Esq.
Nevada Bar No. 10569
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
tlewis@swlaw.com

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*
*(incorrectly sued as Wells Fargo Home Mortgage)*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MARY E. HOLLEMAN,<br><br>  Plaintiff,<br><br>vs.<br><br>HOMEQ SERVICING; HOMEWARD RESIDENTIAL, INC.; WELLS FARGO HOME MORTGAGE; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC,<br><br>  Defendants. | Case No. 2:17-cv-00729-JCM-CWH<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>WELLS FARGO BANK, N.A. ONLY</u>** |

Plaintiff Mary E. Holleman and Defendant Wells Fargo Bank, N.A. incorrectly sued as Wells Fargo Home Mortgage hereby stipulate and agree that the above-entitled action shall be

///
///
///
///
///
///
///
///

1  dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to**

2  **WELLS FARGO BANK, N.A. incorrectly sued as WELLS FARGO HOME MORTGAGE**.

3  Each party shall bear its own attorneys' fees, and costs of suit.

4     Dated July 11, 2017

| HAINES & KRIEGER, LLC | Snell & Wilmer L.L.P. |
|---|---|
| By: _/s/ David H. Krieger_<br>David H. Krieger, Esq.<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>*(signed with permission)*<br><br>*Attorneys for Plaintiff*<br>*Mary Holleman* | By: _/s/ Tanya N. Lewis_<br>Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Tanya N. Lewis, Esq.<br>Nevada Bar No. 8855<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>*Attorneys for Defendant*<br>*Wells Fargo Bank, N.A. (incorrectly sued as*<br>*Wells Fargo Home Mortgage)* |

# **ORDER**

**IT IS ORDERED THAT Wells Fargo Bank, N.A. is dismissed with prejudice.**

**IT IS SO ORDERED.**

*[signature: James C. Mahan]*

UNITED STATES DISTRICT JUDGE

DATED July 13, 2017.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

**CERTIFICATE OF SERVICE**

On July 11, 2017, I served the foregoing document on all parties appearing in this case when filing said document through the court's PACER system with automatic e-service on all persons who have registered for e-service on PACER for this case.

                                            */s/ Nissa Riley*
                                            An Employee of Snell & Wilmer L.L.P.

4816-4809-7099

Snell & Wilmer L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200